

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00659-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Margarita **LOPEZ**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV05720
Honorable John Longoria, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against the party that incurred them.

SIGNED April 1, 2020.

_____
Patricia O. Alvarez, Justice